**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **TONYA COLLIER, ET AL.,** | ) | **CIVIL ACTION NUMBER** |
| | ) | **2:15-CV-256-RAH** |
| **Plaintiffs.** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **KIM MASHEGO, ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

| | | |
|---|---|---|
| **BYRD; et al.,** | ) | |
| **Plaintiffs** | ) | **CASE NUMBER** |
| | ) | **2:18-CV-00122-RAH** |
| **vs.** | ) | |
| | ) | |
| **BUCKNER, , et al.,** | ) | |
| **Defendants.** | ) | |

### NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Comes now the plaintiff, **TONYA COLLIER**, by and through her undersigned attorney and makes this NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION:

1.     Pursuant to this Court's UNIFORM SCHEDULING ORDER (Doc. 65) counsel for the parties have conducted a face-to-face settlement conference and engaged in good faith settlement negotiations.  The parties were unable to reach a settlement.

2.     The parties believe that mediation with a Magistrate Judge will assist them in an attempt to resolve this case.

3.     At the face-to-face meeting, the parties discussed mediation and acknowledged that they would like to proceed to mediation with the Magistrate Judge.

Respectfully submitted,
S/James V. Green, Jr.

_____

JAMES V. GREEN, JR. (GRE019)
Attorney for Plaintiffs

OF COUNSEL:
**JAMES V. GREEN, JR., P.C.**
P. O. Box 878
Alabaster, Alabama 35007
(205) 621-0301

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the above and foregoing document on the following individuals via electronic filing, on this the _26__ day of October, 2020:

Felicia M. Brooks,
General Counsel
felicia.brooks@dhr.alabama.gov

Steve Marshall
Attorney General

Kimberly J. Dobbs
Assistant Attorney General
kimberly.dobbs3@dhr.alabama.gov

Leah Reader
Assistant Attorney General
leah.reader@dhr.alabama.gov

Department of Human Resources
Legal Office
P. O. Box 304000
Montgomery, Alabama  36130-4000

_____S/James V. Green, Jr._____
OF COUNSEL